No. 45327.—Protests 588206–G, etc., of L. H. Baillie et al. (New York).

Opinion by Kincheloe, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JANUARY 31, 1941

No. 45328.—Protest 24973–K of General Aniline Works, Inc. (New York).

Opinion by Brown, J.   The commodity here involved was produced with 49–52 percent of oleic acid which, it was stipulated, was derived from tallow.   The claim at 3 cents per pound under section 702 was therefore sustained.

No. 45329.—Protest 17–K of Wm. Shaland (New York).

Opinion by Oliver, P. J.   It was stipulated that the horns in question are similar to those the subject of Abstract 40185.   The claim at 45 percent under paragraph 397 was therefore sustained.

No. 45330.—Protest 950177–G of M. Pressner & Co. (New York).

Opinion by Oliver, P. J.   It was stipulated that the items in question are similar to those the subject of Abstract 40493.   The claim at 45 percent under paragraph 409 was therefore sustained.

No. 45331.—Protest 852856–G of S. Lisk & Bro. (New York).

Opinion by Oliver, P. J.   In accordance with stipulation of counsel and on the authority of Abstract 25607 the fur monkeys in question were held dutiable at 50 percent under paragraph 1519 (e) as claimed.

No. 45332.—Protest 45596–K of Nadel & Shimmel (New York).

Opinion by Oliver, P. J.   In accordance with stipulation of counsel and on the authority of Abstracts 44122 and 32264 metal kazoos were held dutiable at 45 percent under paragraph 397 as claimed.

No. 45333.—Protest 32815–K of Dan Brechner & Co. (New York).

Opinion by Oliver, P. J.   It was stipulated that the fur cats in question are similar to those the subject of Abstract 41823.   The claim at 50 percent under paragraph 1519 (e) was therefore sustained.